# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MILKBOY CENTER CITY LLC,** individually and on behalf of all others similarly situated, Plaintiff, v. **THE CINCINNATI CASUALTY COMPANY,** Defendant. | **CIVIL ACTION** **NO. 20-2036** |
| **STONE SOUP, INC.,** individually and on behalf of all others similarly situated, Plaintiff, v. **THE CINCINNATI INSURANCE COMPANY,** Defendant. | **CIVIL ACTION** **NO. 20-2614** |

## ORDER

**Baylson, J.**                                                                                                    **December 22, 2020**

Upon consideration of Plaintiffs' Motion to Consolidate and Appoint Interim Class Counsel it is hereby **ORDERED** that said Motion is **GRANTED**. Upon consideration of Defendants' Motion to File a Sur-Reply in Opposition to Plaintiffs' Motion, is hereby **ORDERED** that said Motion is **DENIED**.

**BY THE COURT:**

*s/ Michael M. Baylson*

_____

**Michael M. Baylson, U.S.D.J.**

/Volumes/Judge Baylson/CIVIL 20/20-2036 and 20-2614 Milkboy & Stone Soup v Cincinnati Insurance/order re consolidation, appt int class counsel, and surreply.docx